UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Briana Irene Roy

Defendant.

No. CR 13-mj-71374 HRL

**ORDER - CJA CONTRIBUTIONS DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 300 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[✓] That certain date of 12/1/13 and the SAME DAY each month thereafter;

[X] MAIL TO: Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY _____.

[ ] MAIL TO: Clerk, U.S. District Court
280 South First Street, Room 2112
San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED: 11/15/13

Howard R. Lloyd, U.S. Magistrate Judge